Harold A. JULIEN, Plaintiff–Appellant,

v.

John N. SCOTT; et al., Defendants–
Appellees.

No. 00–15148.

D.C. No. CV–98–02240–CAL.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001 *.

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ,
and WARDLAW, Circuit Judges.

MEMORANDUM **

Harold A. Julien appeals pro se the district court's summary judgment and various other orders in his action alleging race-based employment discrimination and retaliation. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal pursuant to Fed.R.Civ.P. 12(b)(6), *Steckman v. Hart Brewing, Inc.,* 143 F.3d 1293, 1295 (9th Cir.1998), and review de novo the district court's summary judgment, *Godwin v. Hunt Wesson, Inc.,* 150 F.3d 1217, 1219–20 (9th Cir.1998). We affirm.

The district court properly dismissed Julien's claims labeled Count II, *see Nunez v. City of Los Angeles,* 147 F.3d 867, 872–73 (9th Cir.1998), Count III, *see Huskey v. City of San Jose,* 204 F.3d 893, 899 (9th Cir.2000), and Counts IV and V, *see Sanchez v. City of Santa Ana,* 936 F.2d 1027, 1039–40 (9th Cir.1990).

The district court also properly granted summary judgment in favor of the defendants with respect to the claims labeled Count I, *see Huskey,* 204 F.3d at 899, Count VI, *see Godwin,* 150 F.3d at 1219–20, *quoting Texas Dep't of Cmty. Affairs v. Burdine,* 450 U.S. 248, 253, 101 S.Ct. 1089, 67 L.Ed.2d 207 (1981) (providing that plaintiff must offer evidence that "give[s] rise to an inference of unlawful discrimination."), Count VII, *see* Cal.Penal Code § 240; *Fraguglia v. Sala,* 17 Cal.App.2d 738, 62 P.2d 783, 785 (Cal.Dist.Ct.App. 1936), and Count VIII, *see Sabow v. United States,* 93 F.3d 1445, 1454–55 (9th Cir. 1996).

The district court did not abuse its discretion in denying Julien's motion to compel discovery, motions for recusal, or motion to review taxed costs.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.